NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-8001

SUSAN THOMPSON,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

On Petition for review of a decision of the Bureau of Justice Assistance
in PSOB claim no. 1998-0126.

ON MOTION

ORDER

Susan Thompson having failed to comply with the court's July 17, 2009 order requiring that her brief be filed no later than August 7, 2009, and prohibiting further extensions of time,

IT IS ORDERED THAT:

(1)    The petition for review is dismissed for failure to comply with the court's order.  Each side shall bear its own costs.

(2)    Thompson's untimely motion for an additional extension of time is moot.

FOR THE COURT

SEP - 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Susan Thompson
       Lauren A. Weeman, Esq.
s8

ISSUED AS A MANDATE:  SEP - 8 2009  _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 8 2009

JAN HORBALY
CLERK